**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**JERRY DOUGLAS JOHNSON**     **PLAINTIFF**

v.     No. 3:18CV232-NBB-RP

**BRAD LANCE**
**NURSE T. BAKER**
**TATE COUNTY JAIL**     **DEFENDANTS**

**JUDGMENT**

Having considered the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge was duly served by mail upon the *pro se* plaintiff at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The Magistrate Judge's Report and Recommendation should therefore be approved and adopted as the opinion of the court. It is **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the Tate County Jail is **DISMISSED** from this case, as it is an entity not amenable to suit under 42 U.S.C. § 1983.

3. That the plaintiff's claims against defendants Brad Lance and Nurse T. Baker for failure to provide adequate medical care may **PROCEED**.

**SO ORDERED**, this, the 18th day of March, 2019.

                                                        /s Neal Biggers
                                                        NEAL B. BIGGERS
                                                        SENIOR U. S. DISTRICT JUDGE