IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JERRY DOUGLAS JOHNSON**                                                                                **PLAINTIFF**

v.                                                                               No. 3:18CV232-NBB-RP

**BRAD LANCE**
**NURSE T. BAKER**
**TATE COUNTY JAIL**                                                                **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the motion by the defendants for summary judgment is **GRANTED**, and judgment is **ENTERED** for the defendants in all respects.

**SO ORDERED**, this, the 5th day of December, 2019.

                                                       /s/ Neal Biggers
                                                       NEAL B. BIGGERS, JR.
                                                       SENIOR U.S. DISTRICT JUDGE